UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OBERON SECURITIES, LLC,

                    Plaintiff,

      - against -

PRIMARY HEALTH PROPERTIES PLC, ET
AL.,

                    Defendants.

25-cv-9959 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion to dismiss on **Monday, March 9, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           February 27, 2026

                            John G. Koeltl
                  United States District Judge