UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

OBERON SECURITIES, LLC,

                    Plaintiff,

       - against -

PRIMARY HEALTH PROPERTIES PLC,

                    Defendant.

———————————————————————————————

                              25-cv-9959 (JGK)

                              <u>ORDER</u>

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held on March 9, 2026, the defendant may answer or move to dismiss the complaint by **April 3, 2026.** If the defendant moves to dismiss the complaint, the plaintiff may respond to the motion by **April 24, 2026.** The defendant may reply by **May 18, 2026.**

The conference scheduled for April 15, 2026 at 12:30 p.m. is **canceled.**

SO ORDERED.

Dated:    New York, New York
          March 12, 2026

                            _____
                              John G. Koeltl
                      United States District Judge