UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**OBERON SECURITIES, LLC,**

**Plaintiff,**

**- against -**

**PRIMARY HEALTH PROPERTIES PLC and PHP PROPERTY MANAGEMENT SERVICES LIMITED,**

**Defendant.**

**25-cv-9959 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff, Oberon Securities, LLC, should identify the citizenship of each of its members as of December 3, 2025, including, if any member is an LLC, the citizenship of each member of that LLC as of December 3, 2025, and, if the member is a corporation, the state of incorporation and principal place of business of every such corporation as of December 3, 2025.

The information should be provided to the Court by **Friday, July 24, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**July 20, 2026**

**John G. Koeltl**
**United States District Judge**