**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**OBERON SECURITIES, LLC,**

**Plaintiff,**

**- against -**

**PRIMARY HEALTH PROPERTIES PLC,**

**Defendant.**

---

**25-cv-9959 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff bears the burden of establishing the Court's subject-matter jurisdiction. Accordingly, it is hereby ordered as follows. By **August 3, 2026**, the plaintiff shall file a memorandum of law, not to exceed ten pages, addressing whether the plaintiff's Class B unit holders are members of the plaintiff under Delaware law for purposes of diversity jurisdiction, and the effect, if any, on the Court's subject-matter jurisdiction. The memorandum shall also address the date as of which the diversity of the parties is to be assessed and the effect, if any, of the post-filing forfeitures of Class B units described in the plaintiff's July 24, 2026 letter. ECF No. 24. The defendants may file a response, not to exceed ten pages, by **August 10, 2026**. The plaintiff may file a reply, not to exceed five pages, by **August 17, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 27, 2026**

**John G. Koeltl**
**United States District Judge**